IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-2256 (PAC)

DONNA M. AUGUSTE,

    Plaintiff(s),

v.

JAMES A. ALDERDEN, Sheriff of Larimer County;
JAMES SULLIVAN, Investigator, Larimer County Sheriff's Office;
JOHN NEWHOUSE, Investigator, Larimer County Sheriff's Office;
ROGER BARTRAM, Investigator, Larimer County Sheriff's Office;
THOMAS WILSON, Investigator, Office of the District Attorney, Santa Clara County;
BENJAMIN FIELD, Deputy District Attorney for Santa Clara County; and
GEORGE KENNEDY, District Attorney for Santa Clara County; all in their official capacities and individually,

    Defendant(s).

___

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
___

THIS MATTER is before the Court in connection with Defendants Benjamin Field and Thomas Wilson's Notice of Motion and Motion to Modify the Scheduling Order and File an Amended Answer to the First Amended Complaint [FRCP 16(b) and 15(a)] ("Motions"), filed May 19, 2005.  Plaintiff filed a response in opposition to the Motions on June 6, 2005. The Motions were referred to Magistrate Judge Patricia A. Coan for a recommendation by Order of Reference dated May 20, 2005.  Magistrate Judge Coan issued a Recommendation on July 5, 2005, that the Motions be denied in their entirety. *Recommendation* at 6.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), F<small>ED</small>. R. C<small>IV</small>. P. 72(b).

This is a civil rights case brought pursuant to 42 U.S.C. §§ 1981, 1983, and 1985, in which Plaintiff alleges that she was denied equal protection of the law and freedom from an illegal search and seizure.  Plaintiff also alleges a conspiracy among the defendants to deprive her of her rights.  In their Motions, Defendants Field and Wilson seek to amend their Answer to the First Amended Complaint.  Defendants contend that they were unable to meet the April 12, 2004, deadline for the amendment of pleadings "because they only recently realized that an admission was ambiguous and consequently misconstrued by Plaintiff."  *See* Motion at 1.  In her Recommendation, Magistrate Judge Coan noted that not only has the Scheduling Order's April 12, 2004, deadline to amend pleadings passed, but the December 3, 2004, discovery deadline has also passed, a final pretrial order has been entered and trial is set for November 14, 2005.  *Recommendation* at 4.  Defendants Field and Wilson were required to show that the scheduling order's deadline could not have been met with diligence.  *Id.* (quoting *Pumpco, Inc. v. Schenker Intern., Inc.*, 204 F.R.D. 667, 668 (D. Colo. 2001).  Magistrate Judge Coan found that all of the events Defendants rely upon and wish to "clarify" in their amended answer occurred before the April 12, 2004, deadline to amend pleadings, and concluded that Defendants have not shown good cause to amend the scheduling order and their answer.  *Recommendation* at 5-6.

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.  *Id.* at 6.  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Coan comports with sound legal authority and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that the Motions should be denied.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Coan dated July 5, 2005, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

ORDERED that Defendants Benjamin Field and Thomas Wilson's Notice of Motion and Motion to Modify the Scheduling Order and File an Amended Answer to the First Amended Complaint [FRCP 16(b) and 15(a)], filed May 19, 2005, are **DENIED**.

Dated: August 4, 2005

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge