IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-2256 (PAC)

DONNA M. AUGUSTE,

    Plaintiff(s),

v.

JAMES A. ALDERDEN, Sheriff of Larimer County;
JAMES SULLIVAN, Investigator, Larimer County Sheriff's Office;
JOHN NEWHOUSE, Investigator, Larimer County Sheriff's Office;
ROGER BARTRAM, Investigator, Larimer County Sheriff's Office;
THOMAS WILSON, Investigator, Office of the District Attorney, Santa Clara County;
BENJAMIN FIELD, Deputy District Attorney for Santa Clara County; and
GEORGE KENNEDY, District Attorney for Santa Clara County; all in their official capacities and individually,

    Defendant(s).
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Vacate and Reschedule Trial Date, filed August 10, 2005, is **GRANTED**.  The trial set for November 14, 2005 and the trial preparation conference set for November 4, 2005, are **VACATED**.  On or before **Wednesday, August 31, 2005,** plaintiff's counsel shall initiate a conference call with opposing counsel and this court (303)844-2170 to reset the trial and trial preparation conference.

Dated:  August 11, 2005

                                        s/ Tisa M. Duckworth
                                        Judicial Assistant