IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 03-CV-02256 WYD-PAC

DONNA M. AUGUSTE,

Plaintiff,

v.

JAMES A. ALDERDEN, Sheriff of Larimer County;
JAMES SULLIVAN, Investigator, Larimer County Sheriff's Office;
JOHN NEWHOUSE, Investigator, Larimer County Sheriff's Office;
ROGER BARTRAM, Investigator, Larimer County Sheriff's Office;
THOMAS WILSON, Investigator, Office of the District Attorney, Santa Clara County;
BENJAMIN FIELD, Deputy District Attorney for Santa Clara County; and
GEORGE KENNEDY, District Attorney for Santa Clara County; all in their official capacities and individually,

Defendants.

## MINUTE ORDER

Order Entered by Patricia A. Coan, Magistrate Judge
September 22, 2005

      This matter coming before the Court on counsel for defendants Wilson and Field's September 21, 2005 Motion for Leave to Appear Telephonically, and good cause appearing, said motion is granted. Counsel for Field and Wilson may appear telephonically on September 30, 2005 by telephoning the Court at 303-844-4892 at 9:00 a.m. Rocky Mountain Daylight Savings Time on September 30, 2005.