IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-02256-WYD-PAC

DONNA M. AUGUSTE,

    Plaintiff,

v.

JAMES A. ALDERDEN, Sheriff of Larimer County; et al.,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on Defendant Benjamin Field's ["Field"] Notice of Interlocutory Appeal to the United States Court of Appeals for the Tenth Circuit filed September 22, 2005. The interlocutory appeal relates to this Court's August 30, 2005, Order that denied summary judgment on the ground of qualified immunity to Field, and divests this Court of jurisdiction as to the merits of the claims while the appeal is pending. *See Stewart v. Donges*, 915 F.3d 572, 574-78 (10th Cir. 1990). Accordingly, this matter is **STAYED** until the Tenth Circuit has reached a disposition on the appeal.

    Dated: September 23, 2005

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge