IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02256-WYD-KLM

DONNA M. AUGUSTE,

    Plaintiff,

v.

JAMES A. ALDERDEN, Sherriff of Larimer County;
JAMES SULLIVAN, Investigator, Larimer County Sheriff's Office;
JOHN NEWHOUSE, Investigator, Larimer County Sheriff's Office;
ROGER BARTRAM, Investigator, Larimer County Sheriff's Office;
THOMAS WILSON, Investigator, Office of the District Attorney, Santa Clara County;
BENJAMIN FIELD, Deputy District Attorney for Santa Clara County; and
GEORGE KENNEDY, District Attorney for Santa Clara County; all in their official capacities and individually,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Unopposed Motion to Amend the October 5, 2007 Scheduling Order** [Docket No. 128; filed February 4, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order is amended as follows:

    The discovery deadline shall be extended to **April 21, 2008**.

    The dispositive motion deadline shall be extended to **May 30, 2008**.

    IT IS FURTHER **ORDERED** that the settlement conference set for February 12, 2008 is **VACATED** and **RESET** for **April 10, 2008 at 1:30 p.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

All parties are to submit their confidential settlement statements (see attached instructions) on or before **April 3, 2008**.

Dated: February 5, 2008