IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02256-WYD-KLM

DONNA M. AUGUSTE,

    Plaintiff,

v.

JAMES A. ALDERDEN, Sherriff of Larimer County;
JAMES SULLIVAN, Investigator, Larimer County Sheriff's Office;
JOHN NEWHOUSE, Investigator, Larimer County Sheriff's Office;
ROGER BARTRAM, Investigator, Larimer County Sheriff's Office;
THOMAS WILSON, Investigator, Office of the District Attorney, Santa Clara County;
BENJAMIN FIELD, Deputy District Attorney for Santa Clara County; and
GEORGE KENNEDY, District Attorney for Santa Clara County; all in their official capacities and individually,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Opposed Motion to Amend Scheduling Order** [Docket No. 158; filed May 13, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference currently set for May 20, 2008 is **VACATED** and **RESET** for **July 17, 2008 at 9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall file a proposed final pretrial order on or before **July 11, 2008**.

Dated: May 14, 2008