IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02256-PAB-KLM

DONNA M. AUGUSTE,

    Plaintiff,

v.

JAMES A. ALDERDEN, Sherriff of Larimer County;
JAMES SULLIVAN, Investigator, Larimer County Sheriff's Office;
JOHN NEWHOUSE, Investigator, Larimer County Sheriff's Office;
ROGER BARTRAM, Investigator, Larimer County Sheriff's Office;
THOMAS WILSON, Investigator, Office of the District Attorney, Santa Clara County;
BENJAMIN FIELD, Deputy District Attorney for Santa Clara County; and
GEORGE KENNEDY, District Attorney for Santa Clara County; all in their official capacities and individually,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Attorney Federico C. Alvarez's **Motion to Withdraw** [Docket No. 216; Filed December 31, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

Attorney Federico C. Alvarez is relieved of any further representation of Plaintiff in the above captioned matter. The Clerk's Office is instructed to terminate Federico C. Alvarez from the electronic certificate of mailing.

Dated: January 5, 2009