IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02256-PAB-KLM

DONNA M. AUGUSTE,

    Plaintiff,

v.

JAMES A. ALDERDEN, Sherriff of Larimer County;
JAMES SULLIVAN, Investigator, Larimer County Sheriff's Office;
JOHN NEWHOUSE, Investigator, Larimer County Sheriff's Office;
ROGER BARTRAM, Investigator, Larimer County Sheriff's Office;
THOMAS WILSON, Investigator, Office of the District Attorney, Santa Clara County;
BENJAMIN FIELD, Deputy District Attorney for Santa Clara County; and
GEORGE KENNEDY, District Attorney for Santa Clara County; all in their official capacities and individually,

    Defendant(s).

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Counsel for Non-Parties the Superior Court of California, County of Santa Clara, and the Honorable James C. Emerson's **Motion for Leave to Appear Telephonically** [Docket No. 229; Filed January 27, 2009].

Counsel for the non-parties listed above seeks leave to appear by telephone at any court hearing on the two pending Motions to Quash Subpoenas [Docket No. 221; Filed January 26, 2009] and [Docket No. 226; Filed January 26, 2009]. However, as no hearing on these Motions has either set by the Court or requested by the parties, IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

In addition, the Court notes that the Motion does not contain a statement describing the moving party's efforts to confer with opposing counsel, as required by D.C.COLO.LCivR. 7.1(A), which is also grounds for denial of the Motion.

Dated: January 29, 2009