IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 20, 2009 |
| Court Reporter: Janet Coppock | Time: 53 minutes |

**CASE NO. 03-cv-02256-PAB-KLM**

| Parties | Counsel |
|---|---|
| DONNA M. AUGUSTE, | Martha Tierney |
| | Terry Kelly |
| Plaintiff (s), | |
| vs. | |
| JAMES SULLIVAN, individually, | William Ressue |
| THOMAS WILSON, individually, and | George Hass |
| BENJAMIN FIELD, individually, | Janine Haag |
| | Craig Brown |
| | David Rollo |
| Defendant (s). | |

**TRIAL PREPARATION CONFERENCE**

**11:12 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 10 day jury trial, commencing April 6, 2009.

Court and counsel discuss pending motions.

**ORDERED:** Defendant Benjamin Field's Motion for Order (Doc #149), filed 4/18/08 is **DENIED as MOOT.**

**ORDERED:** Defendant Thomas Wilson's Motion to Permit Defendant Thomas Wilson to File Supplemental Summary Judgment Motion (Doc #176), filed 7/31/08 is **GRANTED.**

**ORDERED:** Plaintiff's Motion for Leave to File Response to Defendant Field's 32 Page Brief Objecting to Admission of Certain Plaintiff's Exhibits, and Request for in Limine Consideration Prior to Trial (Doc #254), filed 3/5/09 is **GRANTED.**

**ORDERED:** Plaintiff's Motion for Leave to File Excess Pages (Doc #255), filed 3/5/09 is **GRANTED.**

**ORDERED:** Plaintiff's Motion for Leave to File Responses (Doc #257), filed 3/5/09 is **GRANTED.**

Court and counsel discuss Judge Brimmer's Practice Standards, including jury selection of 9, amount of peremptory challenges, opening statements limited to 45 minutes for plaintiff and 30 minutes for each defendant and deposition testimony.

**ORDERED:** Defendant Field's response to Plaintiff's Motion to Compel Discovery and for Sanctions (Doc #287), filed 3/19/09 is due by **5:00 p.m. on March 24, 2009.**

**ORDERED:** Defendants' responses to Plaintiff's Motion in Limine (Doc #290), filed 3/19/09 are due by **5:00 p.m. on March 25, 2009.**

**ORDERED:** Status conference to address pending pretrial matters is scheduled for **March 27, 2009 at 3:30 p.m.** Counsel shall advise the Court if they will be appearing by telephone.

**ORDERED:** Defendants' witness list is due **March 24, 2009.**

**ORDERED:** Stipulations shall be marked as an exhibit and will be admitted upon request of counsel.

**12:05 p.m.  COURT IN RECESS**

**Total in court time:**       53 minutes        **Hearing concluded**