IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 03-cv-02256-PAB-KLM

DONNA M. AUGUSTE,

    Plaintiff,

v.

JAMES SULLIVAN, individually,
THOMAS WILSON, individually, and
BENJAMIN FIELD, individually,

    Defendants.
_____

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**
_____

On March 19, 2009, plaintiff Donna Auguste filed Plaintiff's Motion to Compel Discovery and Sanctions [Docket No. 287]. Defendant Benjamin Field filed a response to the motion on March 24, 2009 [Docket No. 314].

Plaintiff's motion seeks to compel defendant Field to produce any exhibits to the California State Bar Court deposition of Karyn Sinnunu-Towery in *In re Matter of Benjamin Fields* and any notes that Ms. Sinnunu-Towery kept on defendant Fields that are related to misconduct. Ms. Sinnunu-Towery was Mr. Field's supervisor at the Santa Clara District Attorney's office at the time of the Damon Auguste habeas corpus proceeding. Plaintiff states that such material is responsive to three document production requests and an interrogatory that she served on defendant Field. However, as defendant Field points out in his response, the Sinnunu-Towery materials that she requests are not responsive to any of these discovery requests. Such materials are not

documents generated before the execution of the search warrant on plaintiff's residence (document request #2), not documents related to the other search warrants executed in connection with the habeas proceeding (document request #3), and not documents that were part of the DA's file for either the criminal case against Damon Auguste or his habeas petition (document request #5). Ms. Sinnunu-Towery testified at her deposition in the State Bar proceeding that she was unaware of the search warrants in the habeas matter until after they occurred. Finally, plaintiff's interrogatory is not a request for the production of documents.

Wherefore, it is

ORDERED that Plaintiff's Motion to Compel [Docket No. 287] is denied.

DATED March 27, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge