IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 03-cv-02256-PAB-KLM

DONNA M. AUGUSTE,

    Plaintiff,

v.

JAMES SULLIVAN, individually,
THOMAS WILSON, individually, and
BENJAMIN FIELD, individually,

    Defendants.
_____

**ORDER DENYING PLAINTIFF'S MOTION TO WAIVE JURY TRIAL**
_____

    On March 19, 2009, plaintiff Donna Auguste filed Plaintiff's Motion to Waive Jury Trial [Docket No. 288].

    Pursuant to Fed. R. Civ. P. 38(d), a jury demand may be withdrawn "only if the parties consent." At the March 27, 2009 status conference, defendant Sullivan indicated that he objects to plaintiff's waiver of the jury.

    Wherefore, it is

    ORDERED that Plaintiff's Motion to Waive Jury Trial [Docket No. 288] is denied.

    DATED March 30, 2009.

                                       BY THE COURT:

                                       s/Philip A. Brimmer
                                       PHILIP A. BRIMMER
                                       United States District Judge