**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: March 27, 2009
Court Reporter: Janet Coppock  Time: 35 minutes

**CASE NO. 03-cv-02256-PAB-KLM**

| Parties | Counsel |
|---|---|
| **DONNA M. AUGUSTE,** | Martha Tierney |
|  | Terry Kelly |
|  | Jeremy Ramp |
| Plaintiff (s), | |
| vs. | |
| **JAMES SULLIVAN, individually,** | William Ressue |
| **THOMAS WILSON, individually, and** | George Hass |
| **BENJAMIN FIELD, individually,** | Jeannine Haag |
|  | Craig Brown |
|  | David Rollo |
| Defendant (s). | Aryn Harris |

**STATUS CONFERENCE**

**3:33 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Mr. Brown, Mr. Rollo and Ms. Harris appear by telephone.

Matter set for trial commencing April 6, 2009.

Discussion regarding how the Court's ruling on the motions for summary judgment effects the length of trial, issues to be presented to the jury and if the parties intend to file an interlocutory appeal.

Court and counsel discuss pending motions.

**Plaintiff's Motion to Waive Jury Trial (Doc #288), filed 3/19/09.**

Mr. Haas, on behalf of defendant James Sullivan advises he will not waive a jury trial.

**ORDERED:** Plaintiff's Motion to Waive Jury Trial (Doc #288), filed 3/19/09 is **DENIED.**

**Defendant Benjamin Field's Motion to Bifurcate Liability From Punitive Damages (Doc #324), filed 3/25/09.**

3:48 p.m.   Argument by Mr. Ramp in opposition to defendant's motion.

3:50 p.m.   Argument by Ms. Harris in support of defendant's motion.

**ORDERED:** Defendant Benjamin Field's Motion to Bifurcate Liability From Punitive Damages (Doc #324), filed 3/25/09 is **DENIED.**

**ORDERED:** Plaintiff's Motion to Strike Response to Motion, Scandalous and Immaterial Misrepresentations in Defendant Field's and Wilson's Response to Motion in Limine (Doc #329), filed 3/27/09 is **DENIED**.

Further discussion of Judge Brimmer's Practice Standards, including 3 peremptory challenges for the plaintiff and 3 peremptory challenges for the defendants, collectively, exhibits and jury instructions.

**4:08 p.m.    COURT IN RECESS**

**Total in court time:       35 minutes**

**Hearing concluded**