IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 03-cv-02256-PAB-KLM

DONNA M. AUGUSTE,

    Plaintiff,

v.

JAMES SULLIVAN, individually,
THOMAS WILSON, individually, and
BENJAMIN FIELD, individually,

    Defendants.
_____

**ORDER**
_____

This matter is before the Court on defendant Thomas Wilson's Notice of Interlocutory Appeal to the United States Court of Appeals for the Tenth Circuit [Docket No. 339], filed March 30, 2009. The interlocutory appeal relates to this Court's March 26, 2009 Order on Summary Judgment Motions that, among other things, denied defendant Wilson's motion for summary judgment based on the doctrine of qualified immunity.

Defendant Wilson's interlocutory appeal divests this Court of jurisdiction over those aspects of this case involved in that appeal. *See Stewart v. Donges*, 915 F.2d 572, 574 (10th Cir. 1990). While this case involves other claims and defendants, defendant Wilson's claim of qualified immunity raises legal and factual issues lying at the heart of this case. Because appellate resolution of defendant Wilson's interlocutory appeal will significantly affect the other claims and defendants in this case, I conclude

that efficiency is best served by resolving all claims against all defendants after the Court of Appeals decides defendant Wilson's appeal.

Wherefore, it is

**ORDERED** that this matter is STAYED until the Tenth Circuit Court of Appeals has issued a mandate in connection with the disposition of defendant Wilson's interlocutory appeal. It is further

**ORDERED** that the jury trial set to commence on April 6, 2009 at 8:00 a.m. is VACATED.

DATED March 31, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge